# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Pablo Trujillo-Gudino,

              Petitioner,                         JUDGMENT IN A CIVIL CASE

vs.                                         3:07-cv-463
                                        (3:05-cr-317)

United States of America,

              Respondent.

DECISION BY COURT.  This action having come before the Court by Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255 and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 12, 2010 Order.

                      Signed: August 12, 2010

                      Frank G. Johns, Clerk
                      United States District Court